472 F.3d 599
 UNITED STATES of America, Plaintiff-Appellee,
v.
Luis Emilo GONZALES, Defendant-Appellant.
 No. 04-30007.
 United States Court of Appeals, Ninth Circuit.
 December 21, 2006.
 
 Elizabeth A. Olson, Esq., U.S. Department of Justice, Civil Division/Appellate Staff, Washington, DC, for Plaintiff-Appellee.
 Anne Walstrom, Esq., Federal Defenders of Eastern Washington & Idaho, Yakima, WA, Tracy A. Staab, Esq., Federal Public Defender's Office (Eastern Washington & Idaho), Spokane, WA, for Defendant-Appellant.
 Before MARY M. SCHROEDER, Chief Judge.
 
 ORDER
 
 1
 Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3.